Edwin A. THOMPSON, by His Guardian Ad Litem, Willard S. Thompson, v. TELLU-RIDE POWER COMPANY.

No. 5.

Circuit Court of Appeals, Tenth Circuit.

June 2, 1930.

King & King, of Salt Lake City, Utah, for appellant.

H. R. Waldo, of Salt Lake City, Utah, and Fred R. Wright, of Denver, Colo., for appellee.

Before LEWIS, COTTERAL, and Mc-DERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 2, 1930, on motion of appellee.

Henry W. TOLL, as Trustee, v. David B. SAUVE, as Trustee, et al.

No. 228.

Circuit Court of Appeals, Tenth Circuit.

March 18, 1930.

Stanley H. Johnson and C. Russell Shetterly, both of Denver, Colo., for appellant.

Before LEWIS, PHILLIPS, and Mc-DERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed March 18, 1930, on stipulation.

TWIN CITY FIRE INS. CO. v. Charles T. FORKNER.

No. 5426.

Circuit Court of Appeals, Sixth Circuit.

April 18, 1930.

Jouett & Metcalf, of Winchester, Ky., for appellant.

D. L. Pendleton, of Winchester, Ky., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

UNITED FUEL GAS CO. v. Edward A. HOLT-ZAPFEL, as Administrator of the Estate of Joseph P. Holtzapfel, Deceased.

No. 5573.

Circuit Court of Appeals, Sixth Circuit.

January 6, 1930.

A. R. Johnson, of Ironton, Ohio, for appellant.

Corn & Jenkins, of Ironton, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.